Dismissed and Memorandum Opinion filed January 15, 2004









Dismissed and Memorandum Opinion filed January 15,
2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01269-CR

NO. 14-03-01270-CR

____________

 

STEPHEN DOUGLAS TOMLINSON,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
176th District Court

Harris County, Texas

Trial Court Cause Nos. 954,862 &
954,864 

 



 

M E M O R A N D U M  
O P I N I O N

Appellant entered guilty pleas to the offenses of possession
with intent to deliver at least 400 grams of a controlled substance,
methamphetamine, and felony possession of a firearm.  In accordance with the terms of a plea
bargain agreement with the State, on October 30, 2003, the trial court
sentenced appellant in each offense to confinement for twenty years in the
Institutional Division of the Texas Department of Criminal Justice.  Further, the trial court assessed a $100
fine.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered a certification in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 15, 2004.

Panel consists of Justices
Edelman, Frost, and Guzman.

Do Not Publish C Tex. R. App. P. 47.2(b).